UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

04-21861

| | |
|---|---|
| RICHARD REYES, ON BEHALF OF HIMSELF AND SIMILARLY SITUATED EMPLOYEES OF DEFENDANT, | CIVIL ACTION NO. CIV - GOLD |
| | SECTION |
| Plaintiffs, | MAGISTRATE MAGISTRATE JUDGE SIMONTON |
| VERSUS | |
| CARNIVAL CORPORATION, | |
| Defendant. | |

NIGHT BOX
FILED
JUL 23 2004
CLARENCE MADDOX
CLERK

*******************************************************************************

**REPRESENTATIVE WAGE AND HOUR ACTION**
**UNDER THE FAIR LABOR STANDARDS ACT**

The Representative Wage and Hour Action under the Fair Labor Standards Act of Richard Reyes, on behalf of himself and similarly situated employees of Carnival Corporation, avers:

**Statutes**

1. Richard Reyes brings this action under the Fair Labor Standards Act of 1938, *as amended*, 29 U.S.C. § 201 *et seq.*, to recover for himself and similarly situated employees overtime wages, additional equal amounts as liquidated damages, pre-judgment and post-judgment interest, costs of this litigation, and reasonable attorneys' fees.

**Jurisdiction**

2. This Honorable Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1331 because this matter arises under the laws of the United States of America, specifically the Fair Labor Standards Act of 1938, *as amended*, 29 U.S.C. § 201 *et seq.* (hereinafter





"FLSA" or "the Act").

**Parties Plaintiff**

3. Made plaintiff herein is Richard Reyes, a person of full age of majority, domiciled and residing in Broward County, Florida.

4. At all material times herein, Richard Reyes, as well as those similarly situated, were employees of Defendant, and frequently worked in excess of forty hours per week.

5. Pursuant to the provisions of 29 U.S.C. § 216(b), Richard Reyes is proceeding for and on behalf of himself and similarly situated employees of Defendant.

6. Richard Reyes anticipates that additional employees, both present and former, of Defendant will file written consents pursuant to 29 U.S.C. § 216(b) to join as party plaintiffs in this action.

**Party Defendant**

7. Made defendant herein is Carnival Corporation, at all times material hereto a Panamanian Corporation doing business in Florida and with its principal business address in Miami, Miami-Dade County, Florida, specifically at 3655 Northwest 87th Avenue, Miami, Florida 33178. Carnival Corporation may be served via its registered agent for service of process, Arnaldo Perez, 3655 Northwest 87th Avenue, Miami, Florida 33178.

8. At all relevant times, Carnival Corporation was and is an enterprise engaged in commerce pursuant to the FLSA. It directed and controlled the terms, conditions, activities, duties, and responsibilities of Plaintiff's and similarly situated employees' employment, and hence was their employer and/or joint employer under the FLSA.

9. At all material times, Defendant employed Richard Reyes, as well as similarly situated

employees, with job duties and responsibilities that are non-exempt under the FLSA, working as a personal vacation planner for Defendant.

**Facts**

10. Plaintiff worked for Defendant from approximately April 2002 through approximately August 2002.

11. Plaintiff, and similarly situated employees, worked in South Florida for Defendant as personal vacation planners ("PVP's"), cruise bookers, and customer sales representatives.

12. Defendant did not Plaintiff and similarly situated employees overtime compensation, even though they worked over 40 hours a week.

13. Defendant did not include all compensation, including bonuses and commissions, in the regular rates of pay of Plaintiff and similarly situated employees.

**COUNT I of I:**
**Fair Labor Standards Act Overtime Claims;**
**Representative Plaintiff Richard Reyes,**
**on behalf of Himself and Similarly Situated Employees,**
**versus Carnival Corporation**

14. The allegations contained in paragraphs 1 through 13 are reasserted herein and incorporated by reference herein.

15. Pursuant to 29 U.S.C. § 207, Defendant was required not to employ Richard Reyes, and similarly situated employees, for a workweek longer than forty hours without paying compensation for their employment at rates not less than one and one-half times the employees' regular rates of pay.

16. During the employment of Richard Reyes (from approximately April 2002 through approximately August 2002), and of similarly situated employees during their respective

periods of employment, Richard Reyes, and similarly situated employees frequently worked in excess of forty hours in a workweek.

17. However, Defendant, negligently, without good faith, knowingly, intentionally, and/or in bad faith, and continually and as a continuing violation, failed to pay to them all overtime compensation in violation of the FLSA, including 29 U.S.C. § 207(a).

18. Pursuant to 29 U.S.C. § 216(b), Richard Reyes, and similarly situated employees are entitled to recover their unpaid overtime compensation, additional equal amounts as liquidated damages, pre-judgment and post-judgment interest, and are entitled to other appropriate legal and equitable relief in the premises, all costs of these proceedings, and attorneys' fees.

**Jury Request**

19. Plaintiffs request a trial by jury for all issues so triable.

**Prayer**

WHEREFORE, Richard Reyes, and similarly situated employees of CARNIVAL CORPORATION, pray that after due proceedings, there be judgment rendered herein in favor of Richard Reyes, and similarly situated employees, and against CARNIVAL CORPORATION, in the full amount of their unpaid and/or underpaid overtime compensation, plus equal amounts as liquidated damages, pre-judgment and post-judgment interest, costs and expenses, attorneys' fees, and all other damages to which they may be entitled to in the premises.

Respectfully submitted:

STEVEN F. GROVER (Fla. Bar No. 131296)
LAW OFFICE OF STEVEN F. GROVER
ONE E. BROWARD BLVD.
SUITE 700
FT. LAUDERDALE, FL 33301
TEL. (954) 356-0005
FAX (954) 356-0010
*PLAINTIFFS' COUNSEL*

Reyes.Complaint

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET 04-21861

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

CIV - GOLD

**I. (a) PLAINTIFFS**

RICHARD REYES, ET AL.

**DEFENDANTS**

CARNIVAL CORPORATION

MAGISTRATE JUDGE SIMONTON

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF BROWARD
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT MIAMI-DADE
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
STEVEN F. CALVER, PA
ONE EAST BROWARD BLVD, # 700
FT. LAUDERDALE, FL 33301
(954) 356-0005

ATTORNEYS (IF KNOWN)

1:04CV 21861 ASG/AMS

NIGHT BOX FILED JUL 23 2004 CLARENCE MADDOX CLERK, USDC / SDFL / MIA

(d) CIRCLE COUNTY WHERE ACTION AROSE: **DADE**, MONROE, BROWARD, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE HIGHLANDS

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

**A CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- B☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- B☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability

**A REAL PROPERTY**
- ☐ 210 Land Condemnation
- B☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**A TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury – Med. Malpractice
- ☐ 365 Personal Injury – Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**A CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- B☐ 510 Motions to Vacate Sentence

HABEAS CORPUS:
- B☐ 530 General
- A☐ 535 Death Penalty
- B☐ 540 Mandamus & Other
- B☐ 550 Civil Rights
- B☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- B☐ 610 Agriculture
- B☐ 620 Other Food & Drug
- B☐ 625 Drug Related Seizure of Property 21 USC 881
- B☐ 630 Liquor Laws
- B☐ 640 R.R. & Truck
- B☐ 650 Airline Regs.
- B☐ 660 Occupational Safety/Health
- B☐ 690 Other

**A LABOR**
- ☒ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- A☐ 791 Empl. Ret. Inc. Security Act

**A BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**A PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**B SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- A☐ 870 Taxes (U.S. Plaintiff or Defendant)
- A☐ 871 IRS – Third Party 26 USC 7609

**A OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- B☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions

A OR B

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

FAIR LABOR STANDARDS ACT, 29 USC 201, ET SEQ, FOR OVERTIME PAY & WAGES

LENGTH OF TRIAL
via 10 days estimated (for both sides to try entire case)

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE ________ DOCKET NUMBER ________

DATE 7/26/04

SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT # 531621 AMOUNT 150 APPLYING IFP ________ JUDGE ________ MAG. JUDGE ________